1

2

3

4

5

6

7

8

9                          **UNITED STATES DISTRICT COURT**

10               EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

11

12  JESUS SOSA,                                    CASE NO. 1:10-cv-01573-AWI-SKO

                       Plaintiff,                  **ORDER GRANTING PARTIES'**
13                                                 **REQUEST TO EXTEND TIME TO**
         v.                                        **ANSWER COMPLAINT AND**
14                                                 **CONTINUE THE MANDATORY**
    BUGGY SHOWER CAR WASH, INC., et                **SCHEDULING CONFERENCE**
15  al.,

16                     Defendants.
                                                   (Docket No. 14)
17  _____/

18
         On November 18, 2010, pursuant to Local Rule 144(a), the parties filed a stipulation for a
19
    21-day extension of time for Defendants to file a response to the complaint.  (Doc. 13.)   On
20
    November 23, 2010, the parties again filed a stipulation requesting that the Court grant an additional
21
    21-day extension for Defendants to file a response to the complaint.  (Doc. 14.)  Additionally, due
22
    to continued settlement negotiations, the parties request that the Court continue the December 2,
23
    2010, Mandatory Scheduling Conference for 90 days.  To allow the parties time to explore the
24
    possibility of settlement, the Court will grant these requests.
25
         Accordingly, IT IS HEREBY ORDERED THAT:
26
         1.      Defendants' response to the Complaint shall be filed on or before December 15,
27
                 2010; and
28

1       2.      The Mandatory Scheduling Conference currently set for December 1, 2010, is

2              CONTINUED to **March 1, 2010, at 9:15 a.m.**

3

4   IT IS SO ORDERED.

5   **Dated:    November 30, 2010**                      **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2